IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTER MCGASTER,

     Appellant,

v.

TRACY MCGASTER,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3599

Opinion filed June 14, 2016.

An appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

Walter Mcgaster, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL, ROWE, and OSTERHAUS, JJ., CONCUR.